Opinion issued November 29, 2007














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00882-CR

____________


ISRAEL ANGEL VALDEZ Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 400th District Court 

Fort Bend County, Texas

Trial Court Cause No. 47449






MEMORANDUM OPINION

 On November 15, 2007, appellant, Israel Angel Valdez, filed a motion to
dismiss this appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.2(b).